# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Amy Finfrock,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:05-cv-466-1/3:03-cr-42

USA,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/15/05 Order.

**Signed: November 15, 2005**

Frank G. Johns, Clerk
United States District Court